UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NEW JERSEY CARPENTERS HEALTH FUND,
On Behalf of Itself and All Others Similarly
Situated,

                            Plaintiff,

      vs.

LEHMAN XS TRUST SERIES 2005-5N, LEHMAN
XS TRUST SERIES 2005-7N, LEHMAN XS TRUST
SERIES 2005-9N, LEHMAN XS TRUST SERIES
2006-2N, LEHMAN XS TRUST SERIES 2006-16N,
STRUCTURED ASSET SECURITIES
CORPORATION, MARK L. ZUSY, SAMIR TABET,
JAMES J. SULLIVAN AND LEHMAN BROTHERS,
INC.,

                          Defendants.

------------------------------------------------------------ x



08 CIV 6762.

Index No.: JUL 29 2008

RECEIVED
U.S.D.C. S.D.N.Y.
CASHIERS

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
### LEHMAN BROTHERS INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Lehman Brothers, Inc. certifies as follows:

      1.      Lehman Brothers Inc. is a wholly-owned, direct subsidiary of Lehman Brothers Holdings Inc.

      2.      Other than Lehman Brothers Holdings Inc., no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
July 29, 2008

                                SIMPSON THACHER & BARTLETT LLP

By _____
     Michael J. Chepiga
     mchepiga@stblaw.com
     Paul C. Curnin
     pcurnin@stblaw.com
     Eric M. Albert
     ealbert@stblaw.com
     425 Lexington Avenue
     New York, N.Y. 10017-3954
     Telephone: (212) 455-2000
     Facsimile:  212-455-2502

*Attorneys for Defendant Lehman Brothers Inc.*