UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NEW JERSEY CARPENTERS HEALTH FUND,
On Behalf of Itself and All Others Similarly
Situated,

                          Plaintiff,

                vs.

LEHMAN XS TRUST SERIES 2005-5N, LEHMAN
XS TRUST SERIES 2005-7N, LEHMAN XS TRUST
SERIES 2005-9N, LEHMAN XS TRUST SERIES
2006-2N, LEHMAN XS TRUST SERIES 2006-16N,
STRUCTURED ASSET SECURITIES
CORPORATION, MARK L. ZUSY, SAMIR TABET,
JAMES J. SULLIVAN AND LEHMAN BROTHERS,
INC.,

                        Defendants.

------------------------------------------------------------ x

Index No.: 08 CIV 6762

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
### STRUCTURED ASSET SECURITIES CORPORATION

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Structured Asset Securities Corporation certifies as follows:

        1.        Structured Asset Securities Corporation is a wholly-owned, direct subsidiary of Lehman Commercial Paper Inc.

        2.        No publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
July 29, 2008

SIMPSON THACHER & BARTLETT LLP

By _____
Michael J. Chepiga
mchepiga@stblaw.com
Paul C. Curnin
pcurnin@stblaw.com
Eric M. Albert
ealbert@stblaw.com
425 Lexington Avenue
New York, N.Y. 10017-3954
Telephone: (212) 455-2000
Facsimile: 212-455-2502

*Attorneys for Structured Asset Securities Corporation*