UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NEW JERSEY CARPENTERS HEALTH FUND, :
On Behalf of Itself and All Others Similarly :
Situated, :
 :
 :
                            Plaintiff, :
 :
    vs. :
 :   Index No.: 08-6762
LEHMAN XS TRUST SERIES 2005-5N, LEHMAN :
XS TRUST SERIES 2005-7N, LEHMAN XS TRUST :
SERIES 2005-9N, LEHMAN XS TRUST SERIES :
2006-2N, LEHMAN XS TRUST SERIES 2006-16N, :
STRUCTURED ASSET SECURITIES :
CORPORATION, MARK L. ZUSY, SAMIR TABET, :
JAMES J. SULLIVAN AND LEHMAN BROTHERS, :
INC., :
 :
                            Defendants. :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, Peter Hartofilis, hereby certify under the penalty of perjury that on July 29, 2008, I personally served a true and correct copy of the attached:

- CIVIL COVER SHEET

- RULE 7.1 DISCLOSURE STATEMENT LEHMAN BROTHERS INC.

- RULE 7.1 DISCLOSURE STATEMENT STRUCTURED ASSET SECURITIES CORPORATION

- NOTICE OF REMOVAL

By-Hand upon:

Daniel B. Rehns, Esq.
Schoengold Sporn Laitman & Lometti, PC
19 Fulton Street, Suite 406
New York, NY 10036

Dated:  New York, NY
        July 29, 2008.

Peter Hartofilis