AO 458 (Rev. 10/95) Appearance

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

Lehman XS Trust Series 2005-5N, Lehman XS Trust Series 2005-7N, Lehman XS Trust Series 2005-9N, Lehman XS Trust Series 2006-2N, Lehman XS Trust Series 2006-16N, Structured Asset Securities Corporation, Mark L. Zusy, Samir Tabet, James J. Sullivan and Lehman Brothers, Inc.,

Defendants.

Index No.: 08-CV-6762 (UA)

**APPEARANCE**

**To the Clerk of this court and all parties of record:**

Enter my appearance as Attorney To Be Noticed in this case for:

**Plaintiff, New Jersey Carpenters Health Fund**

I certify that I am admitted to practice in this court.

**August 25, 2008**
Date

Signature

Daniel B. Rehns                                       DR-5506
Print Name                                            Bar No.

Schoengold Sporn Laitman & Lometti, P.C.
Firm

19 Fulton Street, Suite 406
Address

New York                  NY                          10038
City                      State                       Zip Code

(212) 964-0046                                        (212) 687-8137
Phone No.                                             Fax. No.