UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf　　:
of Itself and All Others Similarly Situated　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiffs,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　-against-　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　:　Civil Action No. 1:08-CV-6762 (UA)
Lehman XS Trust Series 2005-5N, Lehman XS　　 :
Trust Series 2005-7N, Lehman XS Trust Series　　 :　**NOTICE OF MOTION AND**
2005-9N, Lehman XS Trust Series 2006-2N,　　　 :　**MOTION TO REMAND TO**
Lehman XS Trust Series 2006-16N, Structured　　 :　**STATE COURT**
Asset Securities Corporation, Mark L. Zusy,　　　 :
Samir Tabet, James J. Sullivan and Lehman　　　 :
Brothers, Inc.,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　　　　　 :
------------------------------------------------------------X

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

　　　　PLEASE TAKE NOTICE, that on a date and at such time as may be designated by the United States District Court Judge for the Southern District of New York, to whom this case is assigned, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Plaintiff New Jersey Carpenters Health Fund will, and hereby does, move the Court for an Order remanding the above-titled action to the Supreme Court of New York, County of New York.  The motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of Plaintiffs Motion for Remand to State Court, the Declaration of Joel P. Laitman, and all exhibits thereto, the pleadings and evidence submitted herewith, and any other information submitted before or during the hearing on this matter.

Dated:   New York, New York
         August 28, 2008

                Respectfully submitted,


                By:   /s/ Joel P. Laitman
                     Samuel P. Sporn (SS-4444)
                     Joel P. Laitman (JL-8178)
                     Christopher Lometti (CL-9124)
                     Frank R. Schirripa (FS-1960)
                     Daniel B. Rehns (DR-5506)
**SCHOENGOLD SPORN LAITMAN & LOMETTI , P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile: (212) 267-8137

*Counsel for Plaintiff & The Proposed Class*

## CERTIFICATE OF SERVICE

I, Frank Schirripa, counsel for the Plaintiff, hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of much filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and by sending a copy of the foregoing to each of the addresses listed below:

**SIMPSON THACHER & BARTLETT LLP**
Michael J. Chepiga
mchepiga@stblaw.com
Paul C. Curnin
pcurnin@stblaw.com
Eric M. Albert
ealbert@stblaw.com
425 Lexington Avenue
New York, NY  10017-3954
Telephone (212) 455-2000
Facsimile:  (212) 455-2502
*Attorneys for Defendants Lehman Brothers Inc.*
*And Structured Asset Securities Corporation*

/s/   Frank R. Schirripa
Frank R. Schirripa