KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf :
of Itself and All Others Similarly Situated       :
                                                  :
                Plaintiffs,                       :
                                                  :
        -against-                                 :
                                                  :   Civil Action No. 1:08-CV-6762
Lehman XS Trust Series 2005-5N, Lehman XS         :   (LAK)
Trust Series 2005-7N, Lehman XS Trust Series      :
2005-9N, Lehman XS Trust Series 2006-2N,          :
Lehman XS Trust Series 2006-16N, Structured       :
Asset Securities Corporation, Mark L. Zusy,       :
Samir Tabet, James J. Sullivan and Lehman         :
Brothers, Inc.,                                   :
                                                  :
                Defendants.                       :
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/08
```

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on July 23, 2008, Plaintiff New Jersey Carpenters Health Fund filed this putative class action by filing a complaint (the "Complaint") captioned *New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated v. Lehman XS Trust Series 2005-N, et. al.* in the Supreme Court of New York, County of New York, which was assigned Index No. 602158/08;

WHEREAS, on July 29, 2008, Defendants Lehman Brothers Inc. ("LBI") and Structured Asset Securities Corporation ("SASCO") removed the action to the United States District Court, Southern District of New York, which was assigned Index No. 08 Civ. 6762;

WHEREAS, on August 28, 2008, Plaintiff filed a motion to remand the action to the Supreme Court of New York County of New York ("Plaintiff's Remand Motion");

WHEREAS, on September 15, 2008, Lehman Brothers Holdings Inc., the parent company of SASCO and LBI, field a voluntary petition under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of New York;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff New Jersey Carpenters Health Fund, and counsel for Defendants LBI, SASCO and the Individual Defendants, on behalf of all Defendants, that:

1. Plaintiff's Remand Motion is hereby withdrawn.

2. Plaintiff shall serve and file an Amended Complaint on or before October 20, 2008;

Dated: September 18, 2008
New York, New York

By: _____

SCHOENGOLD SPORN LAITMAN
& LOMETTI, P.C.
Samuel P. Sporn
Joel P. Laitman
Frank R. Schirripa
19 Fulton Street, Suite 406
New York, NY 10038
(212) 964-0046
(212) 267-8137

By: _____

SIMPSON THACHER &
BARTLETT LLP
Michael J. Chepiga
Paul C. Curnin
Eric M. Albert
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
(212)455-2502 (fax)

_____
U.S.D.J.

10/2/08

2