UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:
LEHMAN BROTHERS SECURITIES
AND ERISA LITIGATION,

This document applies to:

IN RE:
LEHMAN BROTHERS MORTGAGE-BACKED
SECURITIES LITIGATION
08 CV 6762 (LAK)

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/10
```

09 **MD** 2017 (LAK)

**AMENDED**
**JUDGMENT**

Defendants Moody's Investors Service, Inc. and The McGraw Hill Companies, Inc., having moved to dismiss, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on February 1, 2010, having rendered its Memorandum Opinion granting the above mentioned defendants' motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 1, 2010, the defendants Moody's Investors Service, Inc. and The McGraw Hill Companies, Inc. motion to dismiss is granted.

**Dated:** New York, New York
February , 2010

J. MICHAEL McMAHON
_____
Clerk of Court
BY:
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/5/10