| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>In re:<br><br>LEHMAN BROTHERS SECURITIES AND<br>ERISA LITIGATION<br><br>This Document Applies to:<br><br>*In re Lehman Brothers Mortgage-Backed*<br>*Securities Litigation, No 08-CV-6762.*<br>------------------------------------------------------------X | 09 MD 2017 (LAK)<br><br>**ECF CASE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Lead Plaintiff Locals 302 and 612 of the International Union of Operating Engineers – Employers Construction Industry Retirement Trust (the "Operating Engineers" or the "Lead Plaintiff"), plaintiff New Jersey Carpenters Health Fund (the "New Jersey Carpenters"), plaintiff Boilermakers-Blacksmith National Pension Trust (the "Boilermakers") (collectively, "Plaintiffs"), along with intervenor-plaintiffs the Public Employees' Retirement System of Mississippi ("MissPERS") and Iowa Public Employees' Retirement System ("IPERS") (collectively, the "Intervenors") dismiss this action ***with prejudice*** only as to Defendants First Franklin Mortgage Loan Trust 2006-FF2, First Franklin Mortgage Loan Trust 2006-FF12, First Franklin Mortgage Loan Trust 2006-FFA, First Franklin Mortgage Loan Trust 2006-FFB, Structured Asset Investment Loan Trust 2006-BNC1, Structured Asset Investment Loan Trust 2006-2, Structured Asset Investment Loan Trust 2006-BNC3, BNC Mortgage Loan Trust 2006-1, BNC Mortgage Loan Trust 2006-2, GreenPoint Mortgage Funding Trust, Series 2006-AR4, GreenPoint Mortgage Funding Trust, Series 2006-AR5, GreenPoint Mortgage Funding Trust, Series 2006-AR6, GreenPoint Mortgage Funding

993867.1 1

Trust, Series 2006-AR7, GreenPoint Mortgage Funding Trust, Series 2006-AR8, GreenPoint Mortgage Funding Trust, Series 2006-HE1, GreenPoint Mortgage Funding Trust, Series 2007-AR1, GreenPoint Mortgage Funding Trust, Series 2007-AR2, GreenPoint Mortgage Funding Trust, Series 2007-AR3, Structured Adjustable Rate Mortgage Loan Trust 2006-2, Structured Adjustable Rate Mortgage Loan Trust 2006-3, Structured Adjustable Rate Mortgage Loan Trust 2006-4, Structured Adjustable Rate Mortgage Loan Trust 2006-8, Structured Adjustable Rate Mortgage Loan Trust 2006-9, Structured Adjustable Rate Mortgage Loan Trust 2006-10, Structured Adjustable Rate Mortgage Loan Trust 2006-11, Structured Adjustable Rate Mortgage Loan Trust 2006-12, Structured Adjustable Rate Mortgage Loan Trust 2007-1, Structured Adjustable Rate Mortgage Loan Trust 2007-2, Structured Adjustable Rate Mortgage Loan Trust 2007-3, Structured Adjustable Rate Mortgage Loan Trust 2007-4, Structured Adjustable Rate Mortgage Loan Trust 2007-5, Structured Adjustable Rate Mortgage Loan Trust 2007-6, Structured Asset Securities Corporation Mortgage Loan Trust 2006-S1, Structured Asset Securities Corporation Mortgage Loan Trust 2006-WF1, Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC1, Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC2, Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC3, Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC4, Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC5, Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC6, Structured Asset Securities Corporation Mortgage Loan Trust 2006-S3, Structured Asset Securities Corporation Mortgage Loan Trust 2006-S4, Structured Asset Securities Corporation Mortgage Loan Trust 2006-WF3, Structured Asset Securities Corporation Mortgage Loan Trust 2007-BC1, Structured Asset Securities Corporation Mortgage Loan Trust 2007-BC2, Structured Asset Securities Corporation Mortgage Loan Trust 2007-BC3, Structured

Asset Securities Corporation Mortgage Loan Trust 2007-EQ1, Structured Asset Securities Corporation Mortgage Loan Trust 2007-OSI, Structured Asset Securities Corporation Mortgage Loan Trust 2007-WF1, Lehman XS Trust 2005-4, Lehman XS Trust 2005-5N, Lehman XS Trust 2005-6, Lehman XS Trust 2005-7N, Lehman XS Trust 2005-8, Lehman XS Trust 2005-9N, Lehman XS Trust 2005-10, Lehman XS Trust 2006-1, Lehman XS Trust 2006-2N, Lehman XS Trust 2006-3, Lehman XS Trust 2006-4N, Lehman XS Trust 2006-5, Lehman XS Trust 2006-GP1, Lehman XS Trust 2006-GP2, Lehman XS Trust 2006-11, Lehman XS Trust 2006-13, Lehman XS Trust 2006-14N, Lehman XS Trust 2006-15, Lehman XS Trust 2006-16N, Lehman XS Trust 2006-17, Lehman XS Trust 2006-18N,m Lehman XS Trust 2006-19, Lehman XS Trust 2006-20, Lehman XS Trust 2007-1, Lehman XS Trust 2007-2N, Lehman XS Trust 2007-4N, Lehman XS Trust 2007-5H, Lehman XS Trust 2007-6, Lehman XS Trust 2007-7N, Lehman XS Trust 2007-9, Lehman XS Trust 2007-10H, Lehman XS Trust 2007-11, Lehman XS Trust 2007-12N, Lehman Mortgage Trust 2006-2, Lehman Mortgage Trust 2006-5, Lehman Mortgage Trust 2006-6, Lehman Mortgage Trust 2006-7, Lehman Mortgage Trust 2006-8, Lehman Mortgage Trust 2006-9, Lehman Mortgage Trust 2007-1, Lehman Mortgage Trust 2007-2, Lehman Mortgage Trust 2007-3, Lehman Mortgage Trust 2007-4, Lehman Mortgage Trust 2007-5 and Lehman Mortgage Trust 2007-6 (the "Defendant Issuers").

993867.1 1

Dated: May 12, 2011
      New York, New York

    Respectfully submitted,

        /s/ *Christopher Lometti*

Joel P. Laitman
Christopher Lometti
Richard A. Speirs
Michael Eisenkraft
Daniel Rehns
Kenneth Rehns
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, N.Y. 10005

-and-

Steven J. Toll
Julie Reiser
Joshua Devore
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Plaintiffs and IPERS*

**WOLF POPPER LLP**
Lester L. Levy
James A. Harrod
Matthew Insley-Pruitt
845 Third Avenue, 12th Floor
New York, NY 10022
Tel:  (212) 759-4600
Fax:  (212) 486-2093

   -and-

John L. Gadow
Blake A. Tyler
775 East Fortification Street
Jackson, Mississippi 39202
Tel.:  601 949 5000

5

        Fax:    601 949 7872

*Counsel for Public Employees' Retirement System of Mississippi*

993867.1 1

## CERTIFICATE OF SERVICE

I, Daniel B. Rehns, counsel for Plaintiffs, hereby certify that on May 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

                                                /s/ *Daniel B. Rehns*
                                                Daniel B. Rehns