UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

This Document Applies to:

*In re Lehman Brothers Mortgage-Backed
Securities Litigation, No 08-CV-6762.*

-----------------------------------------------------------X

09 MD 2017 (LAK)

ECF CASE

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/11

## MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Daniel B. Rehns, dated May 12, 2011, Intervenor-Plaintiffs Iowa Public Employees' Retirement System ("IPERS" or the "Movant") and Public Employees' Retirement System of Mississippi ("MissPERS") (collectively, the "Intervenors" or "Intervenor Plaintiffs") respectfully submit this Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b) as to the Intervenors' claims dismissed by the Court's Order issued on April 13, 2011.

Dated: May 12, 2011
New York, New York

*As the voluntary dismissal of the indemnity trusts terminated all remaining claims by movants and there is no just reason for delay, the motion is granted.*

**SO ORDERED**

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN/USDJ
6/22/11

Respectfully submitted,

  /s/ *Christopher Lometti*  
Joel P. Laitman
Christopher Lometti
Richard A. Speirs
Michael Eisenkraft
Daniel Rehns
Kenneth Rehns
**COHEN MILSTEIN SELLERS & TOLL
   PLLC**
88 Pine Street, 14th Floor
New York, N.Y. 10005

995027.1 1

1