USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

The Document Applies to:

In re Lehman Brothers Mortgage-Backed
Securities Litigation, No. 08-CV-6762
------------------------------------------------------------X

09 **MD** 2017 (LAK)

## JUDGMENT

The Intervenor Plaintiffs having moved for entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b) as to the Intervenors' claims dismissed by the Court's Order issued on April 13, 2011, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on June 22, 2011, having rendered its Memo Endorsed Order granting the motion, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated June 22, 2011, the motion is granted; accordingly, as there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), judgment is entered only as to the claims dismissed by this Court's Order issued on April 13, 2011.

**Dated:** New York, New York
June 27, 2011

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____