UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

This Document Applies to:

*In re Lehman Brothers Mortgage-Backed Securities Litigation, No. 08-CV-6762.*

09 MD 2017 (LAK)

MOTION TO ADMIT
COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth M. Rehns a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Julie G. Reiser
    Cohen Milstein Sellers & Toll PLLC
    1100 New York Avenue, N.W., Suite 500 West
    Washington, D.C. 20005
    Phone Number: (202) 408-4600
    Fax Number: (202) 408-4699

Julie G. Reiser is a member in good standing of the Bar of the States of:

    District of Columbia State Bar
    Michigan Eastern District
    Washington Western District
    Washington State Supreme Court

**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**

7/27/11

There are no pending disciplinary proceedings against Julie G. Reiser in any State or Federal court.

Dated: August 25, 2010
       New York, New York

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 7/27/11