UNITED STATES DISTRICT COURT  **MEMO ENDORSED**
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

09 MD 2017 (LAK)

This Document Applies to:

*In re Lehman Brothers Mortgage-Backed
Securities Litigation, No 08-CV-6762.*

---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE

**TO:** **The Clerk of Court and All Parties of Record:**

You are hereby notified that Avi Samuel Garbow is no longer employed with the firm of Cohen Milstein Sellers & Toll PLLC, and thereby, withdraws his appearance as attorney of record for plaintiffs, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, New Jersey Carpenters Health Fund and Boilermakers-Blacksmith National Pension Trust, effective September 14, 2009. Mr. Garbow's withdrawal of counsel will not cause any prejudice to plaintiffs, as all other counsel of record with the firm of Cohen Milstein Sellers & Toll PLLC will continue to represent plaintiffs.

Leave to withdraw granted

SO ORDERED

LEWIS A. KAPLAN, U.S.D.J.

7/27/11