UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:

LEHMAN BROTHERS SECURITIES         09 MD 2017 (LAK)
AND ERISA LITIGATION

This Document Applies to:    All Cases
------------------------------------------------x

**PRETRIAL ORDER NO. 19**

LEWIS A. KAPLAN, *District Judge*.

      The Court will conduct a status and scheduling conference on November 8, 2011 at 10:00 a.m. in Courtroom 12D to discuss the further progress of these matters. Among subjects for discussion is the filing of a single consolidated amended complaint for all non-class action plaintiffs.

SO ORDERED.

Dated:    October 11, 2011

_____
Lewis A. Kaplan
United States District Judge