UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
IN RE: LEHMAN BROTHERS SECURITIES AND  :
ERISA LITIGATION                       :
                                       :
                                       :
                                       :
                                       :
                                       :  Case No.: 09 MD 02017 (LAK)
                                       :
This Document Applies to: ALL CASES    :
                                       :
                                       :
-----------------------------------------------------------X
```

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTE THAT Jonathan Krisbergh is no longer associated with Boies, Schiller & Flexner LLP and should be removed from the Court's service list with respect to the above referenced actions. Boies, Schiller & Flexner LLP continues to serve as counsel for Consolidated Defendant Incapital LLC, and all future correspondence and papers in this action should continue to be directed to them.

Dated: December 22, 2011
       New York, NY

                              Respectfully Submitted,

                              **BOIES, SCHILLER & FLEXNER LLP**


                    By:       /s/ David Boyd
                              David Boyd
                              dboyd@bsfllp.com
                              5301 Wisconsin Avenue NW, Suite 800
                              Washington, D.C. 20015
                              Tel: (202) 895-7593
                              Fax: (202) 237-6131

                    *Attorney for Consolidated Defendant Incapital LLC*