# EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                          :
In re:                        :     09 MD 2017 (LAK)
                          :
LEHMAN BROTHERS SECURITIES AND   :
ERISA LITIGATION           :
                          :
This Document Applies to        :
                          :
*In re Lehman Brothers Mortgage-Backed*  :
*Securities Litigation, No 08-CV-6762.*   :
                          :
-----------------------------------------------------------X

## SUMMARY NOTICE

### EXHIBIT A-3

       **TO: ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED MORTGAGE PASS-THROUGH CERTIFICATES PURSUANT OR TRACEABLE TO STRUCTURED ASSET SECURITIES CORPORATION'S AUGUST 16, 2005 REGISTRATION STATEMENT OR MAY 10, 2006 REGISTRATION STATEMENT, AND THE ACCOMPANYING PROSPECTUSES AND PROSPECTUS SUPPLEMENTS IN THE FOLLOWING SEVENTEEN (17) OFFERINGS AND WERE DAMAGED THEREBY: THE LXS 2005-5N OFFERING, LXS 2005-7N OFFERING, LXS 2005-6 OFFERING, LXS 2005-8 OFFERING, LXS 2006-2N OFFERING, LXS 2006-14N OFFERING, LXS 2006-16N OFFERING, LXS 2006-GP2 OFFERING, GMFT 2006-AR4 OFFERING, GMFT 2006-AR5 OFFERING, SARM 2006-1 OFFERING, SARM 2006-4 OFFERING, SARM 2007-6 OFFERING, SASCO 2007-BC1 OFFERING, SASCO 2007-EQ1 OFFERING, SASCO 2007-OSI OFFERING AND FFMLT 2006-FFB OFFERING.**

YOU ARE HEREBY NOTIFIED that a proposed settlement has been reached in this action.  A hearing will be held with respect to the settlement on _____, 2012, at __ _.M. before the Honorable Lewis A. Kaplan in the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom __, ___ Floor, New York, New York.

The purpose of the hearing is to determine whether the proposed settlement of the securities class action claims asserted in this litigation, pursuant to which Defendants, their Insurers and LBHI will cause to be deposited the sum of forty million dollars ($40,000,000.00) into a settlement fund in exchange for the dismissal of the litigation and a release of claims against the Defendants and other related persons and entities, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Settlement Class, which includes all persons and entities who purchased or otherwise acquired certain mortgage pass-through certificates issued pursuant to the registration statements listed above in the offerings listed above and who were damaged thereby.

If you purchased or otherwise acquired mortgage pass-through certificates pursuant or traceable to Structured Asset Securities Corporation's August 15, 2005 Registration Statement or May 10, 2006 Registration Statement, and the accompanying prospectuses and prospectus supplements in the offerings listed above and were damaged thereby, you may be entitled to share in the distribution of the settlement fund if you submit a claim form no later than _____, 2012, establishing that you are entitled to a recovery.

If you are a Class Member, you have the right to object to the settlement, the plan of allocation and/or the request by Plaintiffs' and Intervenors' Counsel for an award of attorneys' fees and expenses, or otherwise request to be heard, by submitting no later than _____, 2012, a written objection in accordance with the procedures described in a more detailed notice that has

been mailed to persons or entities known to be potential Class Members, and that is available at www._____.  You also have the right to exclude yourself from the Settlement Class by submitting no later than _____, 2012, a written request for exclusion from the Settlement Class in accordance with the procedures described in the more detailed notice.  If the settlement is approved by the Court, you will be bound by the settlement and the Court's final order and judgment, including the releases provided for in the final order and judgment, unless you submit a request to be excluded.

This notice provides only a summary of matters regarding the litigation and the settlement. A detailed notice describing the litigation, the proposed settlement, and the rights of members of the Settlement Class to appear in Court at the hearing, to request to be excluded from the Settlement Class and/or to object to the settlement, the plan of allocation and/or the request by Plaintiffs' and Intervenors' Counsel for an award of attorneys' fees and expenses has been mailed to persons or entities known to be potential Class Members.  You may obtain a copy of this notice, a proof of claim form, or other information by writing to the following address or calling the following telephone number.

**Lehman MBS Settlement**
**c/o Rust Consulting, Inc.**
**P.O. Box 2658**
**Faribault, MN 55011**
**(877) 884-5903**
**info@LehmanMBSSettlement.com**

or by downloading the same from www.LehmanMBSSettlement.com.

PLEASE  DO  NOT  CONTACT  THE  COURT  OR  THE  CLERK'S  OFFICE REGARDING THIS NOTICE.  Inquiries, other than requests for the detailed notice referenced above and a proof of claim form, may be made to plaintiffs' Lead Counsel:

**COHEN MILSTEIN SELLERS**

**& TOLL PLLC**
Steven J. Toll
Julie Reiser
Joshua Devore
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.:  (202) 408-4600
Fax:  (202) 408-4699

Christopher Lometti
Richard Speirs
Daniel Rehns
88 Pine Street, 14 Fourteenth Floor
New York, N.Y. 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745


Dated:                                    By Order of the Clerk of the
                                          Court United States District
                                          Court for the Southern
                                          District of New York