UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :   09 MD 2017 (LAK)
                                                            :
LEHMAN BROTHERS SECURITIES AND                              :
ERISA LITIGATION                                            :   **ECF CASE**
                                                            :
This Document Applies to:                                   :
                                                            :
*In re Lehman Brothers Mortgage-Backed*                     :
*Securities Litigation, No 08-CV-6762.*                     :
                                                            :
------------------------------------------------------------X

## DECLARATION KENNETH M. REHNS IN SUPPORT OF PLAINTIFFS' MOTION FOR (I) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT, (II) APPROVAL OF NOTICE TO THE CLASS AND (III) SCHEDULING OF FINAL APPROVAL HEARING

I, Kenneth M. Rehns, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury the following to be true and correct:

1. I am an Associate at the law firm of Cohen Milstein Sellers & Toll PLLC ("CMST"), attorneys for Lead Plaintiff Locals 302 and 612 of the International Union of Operating Engineers – Employers Construction Industry Retirement Trust (the "Operating Engineers" or "Lead Plaintiff") and Additional-Named Plaintiffs New Jersey Carpenters Health Fund (the "New Jersey Carpenters") and Named-Plaintiff Boilermakers-Blacksmith National Pension Trust (the "Boilermakers", with Operating Engineers and New Jersey Carpenters, collectively referred to as "Plaintiffs") in this action. I respectfully submit this Declaration in Support of Plaintiffs Motion for (i) Certification of the Class for Purposes of Settlement, (ii) Approval of Notice to the Class and (iii) Scheduling of a Final Approval Hearing. I am familiar with the facts and circumstances stated herein, based on personal knowledge, the attached documents or review of the files maintained by my firm.

2. Attached hereto as Exhibit 1 is a true and correct copy of the proposed Order Preliminarily Approving the Settlement and exhibits thereto.

3. Attached hereto as Exhibit 2 is the firm resume of CMST.

Executed:   New York, New York
            January 13, 2012

                                              */s/ Kenneth M. Rehns*
                                              Kenneth M. Rehns

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel.

**COHEN MILSTEIN SELLERS & TOLL, PLLC.**

/s/ Kenneth M. Rehns
Kenneth M. Rehns
krehns@cohenmilstein.com
88 Pine Street
Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745