N.Y.S.D. Case # 09-md-2017(LAK)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of February, two thousand twelve.

Before:     Peter W. Hall,
                *Circuit Judge.*
_____

Iowa Public Employees' Retirement System,

    Plaintiff-Appellant,

Public Employees' Retirement System of Mississippi,

    Movant-Appellant,

    v.

Lana Franks, Edward Grieb, Richard McKinney, Kristine Smith, James J. Sullivan, Samir Tabet, Mark L. Zusy,

    Defendants-Appellees.
_____

ORDER
Docket No.: 11-1982

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 23, 2012**

IT IS HEREBY ORDERED that the motion by appellant Iowa Public Employees' Retirement System for limited remand to the district court pursuant to Federal Rules of Appellate Procedure 12.1 is GRANTED. Appellant must provide the Court with a status update within 30 days of the date of this order and every 30 days thereafter. This Court retains jurisdiction and the parties must notify the circuit clerk within 14 days after the district court has decided the motion on remand.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/23/2012