Supporting Doc. No. 158 and Responding to Doc No. 166 in Docket 1:09-cv-02363-LAK
Supporting Doc. No.582 and responding to Doc. No. 710 in Docket 09 MD 2017 (LAK).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                    :
LEHMAN BROTHERS SECURITIES AND        :
ERISA LITIGATION                                    :
                                                                    :
                                                                    :   Civil Action 09 MD 2017 (LAK)
This document applies only to:                :
*American National Insurance Company et al. v.* :
*Richard S. Fuld, Jr., et al.,*                        :
S.D.N.Y. Case No. 1:09-cv-02363-LAK     :
-----------------------------------------------------------x

**REPLY OF DEFENDANT INCAPITAL, LLC TO MEMORANDUM
OF LAW IN OPPOSITION TO DEFENDANTS CHARLES
SCHWAB & CO.  INC. AND INCAPITAL LLC'S MOTIONS
TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant Incapital, LLC hereby adopts and incorporates by reference Parts I.A, I.C and I.D and Parts III.A and III.B of the Bank Defendants' And Ernst & Young LLP's Joint Reply Memorandum Of Law In Further Support Of Their Motions To Dismiss Plaintiffs' Second Amended Complaint, filed on March 5, 2012, in response to the Memorandum Of Law In Opposition To Defendants Charles Schwab & Co., Inc. And Incapital LLC's Motions To Dismiss Plaintiff's Second Amended Complaint (filed as Doc. No. 166 in Docket 1:09 cv-02363-LAK and as Doc. No. 710 in Docket 09 MD 2017 (LAK)). [1]

---

[1] Like a number of the Bank Defendants, Incapital, LLC was not named as a defendant in this case until Plaintiffs' Second Amended Complaint was filed on October 7, 2011, advancing claims under Section 11 of the Securities Act of 1933 relating to three Series-D notes that Plaintiff Moody Foundation allegedly purchased in January of 2008.

**CONCLUSION**

Defendant Incapital LLC respectfully requests that Plaintiffs' Second Amended Complaint against it be dismissed with prejudice.

>Respectfully submitted,
>
>BOIES SCHILLER & FLEXNER, LLP
>
>By: ____/s/ David R. Boyd____
>David R. Boyd (admitted *pro hac vice*)
>(dboyd@bsfllp.com)
>5301 Wisconsin Avenue, N.W.
>Suite 800
>Washington, D.C.  20015
>Tel: (202) 237-2727
>Fax: (202) 237-6141

Dated:  March 5, 2012