**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

In re:

LEHMAN BROTHERS SECURITIES AND ERISA
LITIGATION

This Document Applies to:

*In re Lehman Brothers Mortgage-Backed Securities*
*Litigation, No. 08-CV-6762.*

</td><td>

09 MD 2017 (LAK)

**ECF CASE**

</td></tr>
</table>

**NOTICE OF MOTION OF PLAINTIFFS' MOTION FOR CERTIFICATION OF THE
SETTLEMENT CLASS AND FINAL APPROVAL OF THE PROPOSED SETTLEMENT
AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on June 21, 2012 at 11:30 a.m. in Courtroom 21B at the

United States District Court located at 500 Pearl Street, New York, New York, Plaintiffs will and

hereby do move the Court, the Honorable Lewis A. Kaplan, for an order granting Plaintiffs'

motion for Certification of the Settlement Class and Final Approval of the Proposed Settlement

and Plan of Allocation.

This motion is based upon this notice of motion and the petitions, the accompanying

memorandum of law, the accompanying Declaration of Steven J. Toll in support of the petition, the

exhibits attached thereto, and such argument and additional papers as may be submitted to the

Court before and at the hearing on the petitions.

Dated: New York, New York
       May 31, 2012

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ Steven J. Toll*

      Joel P. Laitman
      Christopher Lometti
      Richard Speirs
      Michael B. Eisenkraft
      Daniel B. Rehns
      Kenneth M. Rehns
88 Pine Street, Fourteenth Floor
New York, New York 10005
Telephone: (212) 828-7797
Facsimile: (212) 828-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

      Steven J. Toll
      S. Douglas Bunch
1100 New York Avenue NW, Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com

**WOLF POPPER LLP**

By: _____/s/ *James A. Harrod*_____
Lester L. Levy
James A. Harrod
Matthew Insley-Pruitt
  845 Third Avenue, 12th Floor
  New York, NY 10022
  Telephone:  (212) 759-4600
  Facsimile:  (212) 486-2093
llevy@wolfpopper.com
jharrod@wolfpopper.com
minsley-pruitt@wolfpopper.com

*Counsel for Intervenor Public Employees'*
*Retirement System of Mississippi*

**CERTIFICATE OF SERVICE**

I hereby certify that this motion and the accompanying documents in support were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on May 31, 2012.

/s/ Kenneth M. Rehns
Kenneth M. Rehns