UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This document Applies Only to:<br><br>*Vallejo Sanitation and Flood Control District v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-06040-LAK;<br><br>*Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-01944-LAK;<br><br>*Contra Costa Water District v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-06652-LAK;<br><br>*City of Burbank v. Fuld, et al.*<br>S.D. N.Y. Case No. 1:09-cv-03475-LAK;<br><br>*City of San Buenaventura v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-03476-LAK;<br><br>*City of Auburn v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-03474-LAK;<br><br>*The San Mateo County Investment Pool v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-01239-LAK;<br><br>*Zenith Insurance Company v. Fuld, et al.*<br>S.D.N.Y. Case No. 1:09-cv-01238-LAK<br><br>*State Compensation Insurance Fund v.Richard S. Fuld, et al.,*<br>S.D.N.Y. Case No.: 1:11-cv-03892-LAK<br><br>*City of South San Francisco v. Citigroup Global Markets, Inc., et al.*<br>S.D.N.Y. Case No.: 1:09-cv-01946-LAK<br><br>*City of Long Beach v. Fuld, et al.*<br>S.D.N.Y. Case No.: l:09-cv-03467-LAK<br><br>*County of Tuolumne v. Ernst & Young, LLP, et al.*<br>S.D.N.Y. Case No.: 1:09-cv-03468-LAK | Civil Action No.  09-MD-2017 (LAK)<br><br>**ECF CASE** |

*City of Fremont v. Citigroup Global Markets, Inc., et al.*
S.D.N.Y. Case No.: 1:09-cv-03478-LAK

*County of Alameda v. Ernst & Young, LLP, et al.*
S.D.N.Y. Case No.: 1:09-cv-07877-LAK

*City of Cerritos v. Citigroup Global Market, Inc., et al.*
S.D.N.Y. Case No.: 1:09-cv-07878-LAK

*The California Public Employees' Retirement System vs. Richard S. Fuld, Jr., et al.,*
S.D.N.Y. Case No.: 11-cv-01281-LAK

*Washington State Investment Board vs. Richard S. Fuld, Jr., et al.,*
Civil Action No.
S.D.N.Y. Case No.: 09-cv-06041-LAK

*The State of New Jersey, Department of Treasury, Division of Investment v. Richard S. Fuld., Jr., et al.,*
S.D.N.Y. Case No.: 10-cv-05201-LAK

*American National Insurance Company, et al. v. Richard S. Fuld, Jr., et al.,*
S.D.N.Y. Case No.: 1:09-cv-02363-LAK

**NOTICE OF THE INDIVIDUAL ACTION PLAINTIFFS' MOTION TO PARTIALLY LIFT THE DISCOVERY STAY**

PLEASE TAKE NOTICE that, upon the accompanying Individual Action Plaintiffs' Memorandum of Law in Support of Their Motion for Limited Relief from the PSLRA Discovery Stay, Individual Action Plaintiffs ("IA Plaintiffs")[1], by and through their undersigned attorneys, will move before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, on such date as the Court will determine, for an Order granting IA Plaintiffs' motion to partially lift the discovery stay.

Dated: July 16, 2012                Respectfully submitted,

                                    COTCHETT, PITRE & McCARTHY, LLP

                                    By:     /s/ *Matthew K. Edling*
                                          MATTHEW K. EDLING

                                    Imtiaz A. Siddiqui (IS-4090)
                                    One Liberty Plaza, 23rd Floor
                                    New York, NY 10006
                                    Telephone: (212) 201-6820
                                    Facsimile: (646) 219-6678

                                    Joseph W. Cotchett
                                    Mark C. Molumphy
                                    Matthew K. Edling (admitted pro hac vice)
                                    Bryan M. Payne (admitted pro hac vice)
                                    840 Malcolm Road, Suite 200
                                    Burlingame, California 94010
                                    Tel: (650) 697-6000
                                    Fax: (650) 697-0577

                                    *Attorneys For Plaintiffs City of Auburn, City of Burbank,*

---

[1] Individual Plaintiffs refers to the City of Auburn, City of Burbank, Contra Costa Water District, Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool, City of San Buenaventura, San Mateo County Investment Pool, Vallejo Sanitation and Flood Control District, Zenith Insurance Co., State Compensation Insurance Fund , City of South San Francisco, City of Long Beach, County of Tuolumne , City of Fremont, County of Alameda, City of Cerritos, the California Public Employees' Retirement System, Washington State Investment Board, the State of New Jersey, Department of Treasury, Division of Investment, and American National Insurance Company.

*Contra Costa Water District, Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool, City of San Buenaventura, The San Mateo County Investment Pool, Vallejo Sanitation and Flood Control District, and Zenith Insurance Company*

| **Irell & Manella LLP** | **Manatt, Phelps & Phillips, LLP** |
|---|---|
| By: /s/ | By: /s/ |
| John C. Hueston<br>Alison L. Plessman<br>1800 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067<br>Tel: (310) 277-1010 | Anthony J. Staltari<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 790-4500 |
| | Phillip R. Kaplan<br>Tara Church<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: (310) 312-4000<br>Fax: (310) 312-4224 |
| *Attorneys for Plaintiff State Compensation Insurance Fund* | *Attorneys for Plaintiff State Compensation Insurance Fund* |
| **Pearson, Simon, Warshaw & Penny, LLP** | **Greer, Herz & Adams, LLP** |
| By: /s/ | By: /s/ |
| George S. Trevor<br>William Newsom<br>44 Montgomery Street<br>San Francisco, CA 94104<br>Tel: (415) 433-9000 | Andrew Mytelka<br>Eric Kirkpatrick<br>David Le Blanc<br>Roni Mihaly<br>One Moody Plaza, 18th Floor<br>Galveston, Texas 77550<br>Tel: (409) 797-3200 |
| *Attorneys for Plaintiffs Cities of South San Francisco, Long Beach, Fremont and Cerritos and the Counties of Alameda and Tuolumne* | *Attorneys for Plaintiffs American National Life Insurance Company of Texas, Comprehensive Investments Services, Inc., and The Moody Foundation* |

| | |
|---|---|
| **Berger & Montague, P.C.** | **Robbins Geller Rudman & Dowd LLP** |
| By: _____/s/_____ | By: _____/s/_____ |
| Merrill G. Davidoff<br>Lawrence J. Lederer<br>Robin B. Switzenbaum<br>1622 Locust St.<br>Philadelphia, PA 19103<br>Tel:  (215) 875-3000 | Thomas E. Egler<br>Matthew I. Alpert<br>Maureen E. Mueller<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel:  (619) 231-1058 |
| *Attorneys for Plaintiff The State of New Jersey, Department of Treasury, Division of Investment* | *Attorneys for Plaintiffs The California Public Employees' Retirement System and Washington State Investment Board* |